No. 75–1356.  DRISKELL ET AL. *v.* EDWARDS, GOVERNOR OF LOUISIANA, ET AL.  Affirmed on appeal from D. C. W. D. La.

No. 75–1146.  BRADLEY ET AL. *v.* LUNDING, CHAIRMAN, STATE BOARD OF ELECTIONS COMMISSIONERS, ET AL.  Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 75–1316.  CITY OF CANTON *v.* WHITMAN, DIRECTOR OF ENVIRONMENTAL PROTECTION.  Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–5898.  BEASLEY *v.* UNITED STATES.  C. A. 5th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.  Upon representation of the Solicitor General set forth in his memorandum for the United States, filed April 14, 1976, judgment vacated and case remanded for further consideration in light of the position presently asserted by the Government.

No. 75–6217.  RIGGINS *v.* UNITED STATES.  C. A. 5th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.  Upon representation of the Solicitor General set forth in his memorandum for the United States, filed April 27, 1976, judgment vacated and case remanded for further consideration in light of position presently asserted by the Government.